UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA LEWIS,

                Plaintiff,

      -against-

MARIA S. VASQUEZ-DOLES,

                Defendant.

20-CV-7972 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued October 7, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i), (iii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 7, 2020
          New York, New York

                                            COLLEEN McMAHON
                                         Chief United States District Judge