# MANDATE

S.D.N.Y.-N.Y.C.
20-cv-7971
20-cv-7972
McMahon, C.J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of July, two thousand twenty-one.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 01 2021

Regina Lewis,

   *Petitioner*,

  v.                     20-3687

Lisa Margaret Smith, et al.,

   *Respondents*.

Regina Lewis,

   *Petitioner*,

  v.                       20-3688

Maria S. Vasquez-Doles,

   *Respondent*.

It is hereby ORDERED that the above proceedings are CONSOLIDATED for the purposes of this order.

**MANDATE ISSUED ON 07/01/2021**

In May 2018, this Court entered a leave-to-file sanction against Petitioner. *See Lewis v. County of Orange*, 2d Cir. 16-4017, doc. 77. Petitioner now moves for leave to file these appeals and in forma pauperis status. Upon due consideration, it is hereby ORDERED that the motions are DENIED because the appeals do not depart from Petitioner's "prior pattern of vexatious filings." *In re Martin-Trigona*, 9 F.3d 226, 229 (2d Cir. 1993).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

2